ROBERT LACAMBRA

INDIGENT LITIGATOR

NO CURRENT ADDRESS

robertsjustice@live.com

PLAINTIFF, IN PRO PER

FILED

Junel DV
2018 MAY 32 PM 12: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LACAMBRA,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF ORANGE, CITATION PROCESSING CENTER,<br>DEPARTMENT OF MOTOR VEHICLE,<br>WALMART, DOES 1-10 INCLUSIVE<br><br>            Defendant. | No.   **SACV18-00960 RGK (KES)**<br><br>VERIFIED CIVIL RIGHTS COMPLAINT FOR DAMAGES, DECLARATIVE AND INJUNCTIVE RELIEF |

1.      May it please the court, Plaintiff Robert Lacambra, hereinafter referred to as ROBERT files this civil rights action against DEFENDANTS City of Orange, hereinafter referred to as "CITY OF ORANGE," Citation Processing Center, hereinafter referred to as "CPC," Department of Motor Vehicle, hereinafter referred to as DMV and Walmart Inc – Aliso Viejo, hereinafter referred to as "WALMART," collectively referred to as DEFENDANTS.

2.      PLAINTIFF invokes 42 USC § 1983 and seeks the court's supplemental jurisdiction to adjudicate California's common law torts of Fraud and Negligence. PLAINTIFF sues them individually and seeks the court's equitable powers to make

1

available for him the opportunity to seek justice, to right a wrong and to heal. He alleges upon information and belief, except as to allegations against him, as follows:

**INTRODUCTION**

3. PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

4. PLAINTIFF brings this action to court as the result of the norms, cultures and practices of the CITY OF ORANGE, CPC and DMV as organizations individually and as co-related whole in collusion, including its officers, employees and agents who systematically prey on motorists through the unlawful operation of a parking citation scheme. The systems and procedures engendered in the scheme thereon makes the semblance of a law and order enterprise but is, in fact, a masterfully operated profiteering scheme, bilking countless motorists including PLAINTIFF. The methods they employ prevents the speedy, fair and just adjudication of the alleged infractions, leaving no other alternative for motorists and PLAINTIFF other than to pay the overcharged fine, be it wantonly unjustified and unconstitutional.

5. PLAINTIFF names CITATION PROCESSING CENTER as a defendant on information and belief that they devised, developed, constructed, managed and/or held supervisorial capacity in the parking ticket scheme promulgated by CITY OF ORANGE.

6. PLAINTIFF names DMV as co-conspiring collector of fees on behalf of CITY OF ORANGE and CPC. Moreover, DMV fraudulently pads fees for traffic and parking-related tickets originated by municipalities, remits the amount of the actual citation and retains and spends the balance.

7. PLAINTIFF also brings this case against WALMART as the representative source of automotive products to travelers and whom in such capacity must exercise care in their dealings, insuring that the recommended products and services meet or exceed manufacturer specifications for safety and well-being.

**JURISDICTION AND VENUE**

8.    PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

9.    This US District Court, Central District of California has subject matter jurisdiction over this action pursuant to 42 U.S.C. § 1983 in particular because of violations of the US Constitution under the color of law.

10.    This US District Court, Central District of California has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 in particular because of violations of the US Constitution.

11.    The US District Court, Central District of California has jurisdiction over this action pursuant to 28 U.S.C. § 1391, where all defendants named on this complaint reside in the State of California and/or the district in which this court is located.

12.    The US District Court, Central District of California has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) allowing the court to hear such suits where there are federal and/or constitutional questions.

**THE PARTIES**

A.  PLAINTIFF

13.    ROBERT is a homeless litigator/advocate currently residing in the City of Orange. He founded the organization @robertsjustice for the expressed purpose of bringing to the social consciousness the paradox of American justice. After living on the streets/vehicle for more than a decade, he has reached the conclusion, in complete deference to the words of Ronald Regan, that "Government is the problem." He has worked to make justice available to those of limited means, power and influence. He also seeks to amplify the voices of those who are aggrieved and rendered weak by their condition.

14.    As a concurrently filed "Motion Request To Proceed In Forma Pauperis" shows, ROBERT lives on an income of less than $3,000 per year. In a legal fight against

3

wealthy corporations, rich individuals and taxpayer-funded entities such as he finds himself in this case, PLAINTIFF is at an extreme disadvantage. Hence, he pleads for the court's equitable powers to provide for him, and no less to others like him, a fair proceeding to arrive upon substantial justice.

### B. DEFENDANTS

15. CITY OF ORANGE is a municipality situated in Central Orange County, approximately 32 miles southwest of Los Angeles in the State of California. The city has a land area of 27 square miles. However, according to the city's official website, "The city's planning area is 38 square miles, with a "Sphere of Influence" area of 55 square miles. Included in the City's Sphere of Influence is 18,500 acres of undeveloped land owned by The Irvine Company." It has an estimated population of approximately 140,000 people.

16. CITY OF ORANGE operates under a council-manager form of government; a mayor is elected every two years and four council members are elected to four-year terms alternating on a two-year basis. The City Manager, who is the administrative official of the City, is appointed by the City Council.

17. CITY OF ORANGE adopted parking laws and procedures that do not comport with the US Constitution, depriving ROBERT of his right to redress, due process, a speedy trial, confrontation of an accuser and equal protection under the law.

18. CPC is a Newport Beach, California based company working with or for CITY OF ORANGE. By appearance they are a clearing house for citation payments and a processing hub for traffic infractions issued by CITY OF ORANGE and other municipalities. Despite a business search, not much is known about the organization as of this time. ROBERT expects that all and such information will likely to be uncovered during discovery and inserted in this complaint herein.

19. DMV is department of the State of California that administers to the issuance and renewal of identification cards, driver's licenses, vehicle registrations and other functions

relating to transportation and the operation of vehicles on public roads.

20. WALMART is an international retail company domiciled in Bentonville, AR. The company currently operates in 28 countries including a chain of hypermarkets, discount department stores and grocery stores. According to Wikipedia, "Walmart is the world's largest company by revenue – approximately US$480 billion according to Fortune Global 500 list in 2016 – as well as the largest private employer in the world with 2.3 million employees. It is a publicly traded family-owned business, as the company is controlled by the Walton family."

21. WALMART, through their advertising and other marketing efforts induced ROBERT to engage their company in business that led to the procurement of an automotive battery. The representatives on staff consulted with ROBERT, did research through their internal product directory and sold ROBERT a battery that is not in specification with his 1990 GMC Suburban, causing intermittent failure and the issuance of a citation, described in the complaint herein. At all times relevant to this action, ROBERT engaged the company through their Aliso Viejo Store.

22. ROBERT is informed and believes, and based thereon alleges, that in committing the acts alleged herein, each and every managing agent, agent, representative and/or employee of DEFENDANTS were working within the course and scope of said agency, representation and/or employment with the knowledge, consent, ratification and authorization of the defendant and its directors, officers and/or managing agents.

23. At all times material to this action, DEFENDANTS were directly involved, exercised supervisory control and/or consulted in the design, research, development, testing, redevelopment, studying, investigation and creation of all procedures and systems as it relates to the products and service and public services offerings relating to all transactions described herein.

24. The true names and capacities, whether individual, corporate, associate, or otherwise, of DEFENDANTS named herein as DOES 1 through 10, and each of them, are unknown to PLAINTIFF whom, therefore, sues said DEFENDANTS by such fictitious

5

names and will ask leave to amend this Complaint to state said DFENDANTS' true identities and capacities when the same have been ascertained.

25.    ROBERT is informed and believes and based thereupon alleges that each of the DEFENDANTS designated herein as DOE took part in and participated with the DEFENDANTS in all matters referred to herein and was in some manner responsible for the injuries and losses suffered by PLAINTIFF.

26.    ROBERT is informed and believes and based thereupon alleges that at all times herein mentioned each of the DEFENDANTS was the agent, servant and/or employee or occupied other relationships with each of the other named DEFENDANTS and at all times herein mentioned acted within the course and scope of said agency and/or employment and/or other relationship and each other DEFENDANT has ratified, consented to, and approved the acts of his agents, employees, and representatives, and that each actively participated in, aided and abetted, or assisted one another in the commission of the wrongdoing alleged in this Complaint.

## FACTUAL ALLEGATIONS

27.    PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

## CHRONOLOGY OF EVENTS

28.    The following are the events and actions by parties that have directly or proximately caused the depravations alleged in this complaint herein.

29.    JULY 11, 2016 – ROBERT visits the DMV in San Clemente, California to get his expired CA Identification Card reissued and to register his newly acquired vehicle, an '01 Toyota 4Runner. He was greeted by the receptionist identified by a photo herein (EXHIBIT A), who informed him that his ID could not be reissued because he could not provide a residential address. PLAINTIFF explains that he is homeless and lives in his vehicle on a parking lot in Aliso Viejo. He further explains that the application requires

6

that he state a residential address under penalty of perjury (EXHIBIT B). The representative then explains that the DMV could not issue him a valid identification card.

30. ROBERT proceeded to register his '01 Toyota 4Runner (EXHIBIT C) that he had recently purchased. He was informed at the counter that the vehicle had received a citation in the City of Laguna Beach (EXHIBIT D) for the amount of $69.00 (EXHIBIT E). Needing to register the vehicle, he paid the fee under protest. He then proceeded to the Laguna Beach Police Station to affect refund. He was informed by attending officers identified as having Badge # 31159 & 31197 (EXHIBIT F) that the city did not issue the citation. Both made the declaration after checking both under VIN # and License Plate Number on their database.

31. JUNE 21, 2017 – ROBERT purchases a battery from WALMART – Aliso Viejo after the recommendation by the attending sales staff. They were informed that it was going to be used for a 1990 GMC Suburban R2500 that was powered by a 7.4L V-8 engine. The company took the used battery in remittance for the core charge. (EXHIBIT G)

32. NOVEMBER 29, 2017 – ROBERT receives a citation from the CITY OF ORANGE stating: "NO PARKING – STREET SWEEPING." The citation states the penalty of $54.50. (EXHIBIT H)

33. DECEMBER 11, 2017 – ROBERT serves his "Objection" to the citation (EXHIBIT I). Together with a document entitled "Informal Discovery (Set One)" (EXHIBIT J) he transmits both via the web portal specified on the citation as www.CitationProcessingCenter.com.

34. MARCH 1, 2018 - ROBERT travels to Dana Point Post Office (EXHIBIT K) to check for correspondence from the CITY OF ORANGE and CPC. This trip is confirmable by the metadata of the image exhibited herewith. At the time, he had not heard from either DEFENDANTS by email, as he had requested on his objection. His vehicle's registered address is General Delivery in Dana Point. No mail was received from the CITY OF ORANGE, CPC or the DMV regarding the citation.

35.     APRIL 10, 2018 – ROBERT encounters starting problems with his 1990 GMC Suburban. He calls for AAA to affect a battery jump-start. The techician/towman conducts a test and finds that the battery had sufficient energy but not enough cranking power. (EXHIBIT L)

36.     APRIL 11, 2018 – ROBERT personally receives a 2nd citation for the "NO PARKING – STREET SWEEPING." He was not able to get the vehicle moved and was present at the vehicle when the street sweeper and the citing officer arrived. The hood of the vehicle was up to signify that he was experiencing engine problem. The situation was explained to the officer who said that there was a previous parking citation still on record. ROBERT even offered to try to start the vehicle in an attempt to show cause. She demurred and said that as a consequence she could not let it pass and handed him a ticket (EXHIBIT M)

37.     MAY 9, 2018 – ROBERT visits AAA's Newport Beach office to arrange for the reclassification of his vehicle from a commercial vehicle to a regular non-commercial vehicle. AAA is a designated DMV satellite office. He is informed by the attending customer service representative that the CITY OF ORANGE has attached a $110.00 ticket for a citation issued on the vehicle in November 2017 (EXHIBIT N), barring registration until the amount is paid. He also needed a smog certification despite having gotten one less than a year before when he had purchased the vehicle (EXHIBIT O). The handwritten note by the representative is herein attached as EXHIBIT P.

## THE ILLEGAL TICKETING SCHEME

38.     PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

39.     The CITY OF ORANGE has instituted a street sweeping operation, dividing the area in 4 distinct segments to be swept from Monday to Thursday (EXHIBIT Q). The city is host to three colleges including Chapman University, Santiago Canyon College and South Coast College. Not far are Cal State University Fullerton and Fullerton College,

8

colleges that have students who reside in the city and are subjects to the ticketing scheme. Certain student households have several vehicles representing the number of students that reside in the vehicle. Houses in the area are predominantly built with 2-car garages, requiring students park their vehicles on the street.

40. The CITY OF ORANGE'S Municipal Code 10.38.060 sets forth the rules for Street Sweeping, as follows:

41. *10.38.060 - Parking Prohibited to Facilitate Street Sweeping.*

*Notwithstanding any other provision of this Orange Municipal Code, it is unlawful to park or leave standing any vehicle on any public street or alley or any portion thereof during the hours and on the day or days of the week or month indicated on signs containing the words "No Parking" and designating such parking restrictions pursuant to the provisions of this section, where such signs have been placed in appropriate locations along such public street or alley or portion thereof. The City Council may, by resolution from time to time, determine the hours during which and the day or days of the month on which parking shall be prohibited on specified public street or alleys or on all streets and/or alleys within a specified geographical area of the City to facilitate street sweeping. The City Traffic Engineer is authorized to determine the locations of and to place and maintain, or cause to be placed and maintained, the signs provided for under this section. (Ord 24-91)*

42. The CITY OF ORANGE and CPC sets forth the procedure in which an alleged violator of the street sweeping ordinance can contest the ticket, all the while characterizing it as an appeal. On its face, it assumes guilt, without the requisite determination by a court. It states as follows:

43. **Contesting Violation: Procedure**

*To contest a citation written by a California agency, the first request must be made within 21 calendar days of receiving the citation OR within 14 calendar days of receiving the delinquent notice (see below for more details). Please note that the request must be made for an INITIAL REVIEW before a request for an*

9

*ADMINISTRATIVE HEARING.  The request for the ADMINISTRATIVE HEARING must be made within 21 days of the results from the INITIAL REVIEW .  No money is required to request an INITIAL REVIEW, but the all fees due from the Citation must be paid before an ADMINISTRATIVE HEARING date is provided.*

*To request a review or hearing date by mail, mail your request to the address indicated on the CITATION or the DELINQUENT NOTICE.  If you do not have the address, send the request to the address below.  Please request the review or hearing within the time limits indicated.  Failure to request a citation review or hearing will result in the case not heard and the request will be mailed back to you.*

*Request for Citation Review/Hearing*

*Citation Processing Center*

*P.O. Box 11024*

*Newport Beach, CA 92658*

*Initial Review: To Contest a Citation at the First Level*

*For a period of 21 calendar days from the issuance of a parking citation or 14 days from the date of the first notice of parking violation, you may appeal the violation(s). There is no charge for this appeal.*

*You may request information on how to appeal by phone, but your appeal and the reasons supporting it must be submitted in writing.*

*If after the review, it is determined that the violation did not occur; that the registered owner was not responsible for the violation or that the extenuating circumstances make dismissal of the violation appropriate in the interest of justice; the violation shall be canceled and the results of the review shall be mailed to the appellant.*

*If after the review, it is determined that the violation did occur and the registered owner is responsible for the violation, the results of the review shall be mailed to the appellant with information on how to pay or appeal for a hearing.*

*To contest the Citation at the second level, Administrative Hearing*

*(b) If the person is dissatisfied with the results of the initial review, the person may request an administrative hearing of the violation no later than 21 calendar days following the mailing of the results of the issuing agency's initial review. The request may be made by telephone, in writing, or in person. The person requesting an administrative hearing shall deposit the amount of the parking penalty with the processing agency. The issuing agency shall provide a written procedure to allow a person to request an administrative hearing without payment of the parking penalty upon satisfactory proof of an inability to pay the amount due. Notice of this procedure shall be provided to all persons requesting an administrative hearing. After January 1, 1996, an administrative hearing shall be held within 90 calendar days following the receipt of a request for an administrative hearing, excluding time tolled pursuant to this article. The person requesting the hearing may request one continuance, not to exceed 21 calendar days.*

*(c) The administrative hearing process shall include the following:*

*(1) The person requesting a hearing shall have the choice of a hearing by mail or in person. An in-person hearing shall be conducted within the jurisdiction of the issuing agency. If an issuing agency contracts with an administrative provider, hearings shall be held within the jurisdiction of the issuing agency or no more than 21 miles outside the county.*

*(2) If the person requesting a hearing is a minor, that person shall be permitted to appear at a hearing or admit responsibility for the parking violation without the necessity of the appointment of a guardian. The processing agency may proceed against the minor in the same manner as against an adult.*

*(3) The administrative hearing shall be conducted in accordance with written procedures established by the issuing agency and approved by the governing body or chief executive officer of the issuing agency. The hearing shall provide an independent, objective, fair, and impartial review of contested parking violations.*

*<u>To contest the Citation at the third and final level, Contest requested by the Court</u>*

*40230.    (a) Within 30 calendar days after the mailing or personal delivery of the*

*final decision described in subdivision (b) of Section 40215, the contestant may seek review by filing an appeal to be heard by the municipal court, or by the superior court in a county in which there is no municipal court, where the same shall be heard de novo, except that the contents of the processing agency's file in the case shall be received in evidence. A copy of the notice of parking violation or, if the citation was issued electronically, a true and correct abstract containing the information set forth in the notice of parking violation shall be admitted into evidence as prima facie evidence of the facts stated therein. A copy of the notice of appeal shall be served in person or by first-class mail upon the processing agency by the contestant. For purposes of computing the 30-calendar-day period, Section 1013 of the Code of Civil Procedure shall be applicable. A proceeding under this subdivision is a limited civil case.*

*(b) The fee for filing the notice of appeal is twenty-five dollars ($25). The court shall request that the processing agency's file on the case be forwarded to the court, to be received within 15 calendar days of the request. The court shall notify the contestant of the appearance date by mail or personal delivery. The court shall retain the twenty-five dollar ($25) fee regardless of the outcome of the appeal. If the court finds in favor of the contestant, the amount of the fee shall be reimbursed to the contestant by the processing agency. Any deposit of parking penalty shall be refunded by the processing agency in accordance with the judgment of the court.*

*(c) The conduct of the appeal under this section is a subordinate judicial duty that may be performed by traffic trial commissioners and other subordinate judicial officials at the direction of the presiding judge of the court.*

*(d) If no notice of appeal of the processing agency's decision is filed within the period set forth in subdivision (a), the decision shall be deemed final.*

*(e) If the parking penalty has not been deposited and the decision is against the contestant, the processing agency shall, after the decision becomes final, proceed to collect the penalty pursuant to Section 40220.*

44.     Principally due to the number of parking spaces available, many students do not

have alternative options other than hope that the parking officer does not see their vehicles. In the case of PLAINTIFF, the first ticket was completely defensible as provided by the objections sent to CPC . The second ticket received by PLAINTIFF was caused by a mechanical breakdown. PLAINTIFF purposely waited for the street sweeper and the accompanying ticketing officer to affect an explanation. At the moment of the citing, it was clear to the citing officer that the car had broken down. Despite discretionary powers, citing officer issued the citation. She revealed that the reason she did so was because there was a previous unresolved ticket on record. PLAINTIFF explained that the ticket was properly objected to, but the appeal was ignored by THE CITY OF ORANGE. No correspondence has been received from either CITY OF ORANGE or CPC about said citation. The effects of which found PLAINTIFF guilty without due process.

## ILLEGAL FEE PADDING SCHEME

45.     PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

46.     THE CITY OF ORANGE, CPC and in collusion with the DMV have instituted an overcharging scheme that normally leaves motorists with no alternative option but to pay the fee. In the case of PLAINTIFF, the CITY OF ORANGE, CPC and the DMV ignored the objection and explanation that he filed as directed by the web portal identified by the Street Sweeping Ticket. The silence gave him reasonable belief that the case was resolved only to be confronted with a bill when it was time to register his vehicle, months later.

47.     The option of contesting a ticket normally leaves motorists with poor options as it leaves their vehicle unregistered. Such was the case with PLAINTIFF who was being forced to pay the bill or face the possibility of being cited or his vehicle getting towed if it is not registered soon enough. Up until that time he was awaiting the decisions from the CITY OF ORANGE and CPC's which never came. DEFENDANT'S indifference was inimical to public policy and the notion of public service, relying on surprise and severe

consequences to the PLAINTIFF had he as much as protested the fees. To PLAINTIFF'S knowledge, the DMV does not provide temporary registration while a fee charge is being questioned or formally challenged. As a result PLAINTIFF'S '90 GMC Suburban is currently unregistered, awaiting adjudication of the issues.

48.    The charges and overcharges levied on PLAINTIFF by CITY OF ORANGE, CPC and DMV are borne of usury.

## THE DUPLICATIVE SMOG REQUIREMENT

49.    While at the AAA office in Newport Beach, the attending representative placed a call to the DMV inquiring about procedures for registration. She was instructed to collect the citation charge by the CITY OF ORANGE and to require a new smog certification. She explained that a smog certification was already sent digitally to the DMV in May 2017, which by their own rules was good for 2 years. The DMV did not waiver, requiring PLAINTIFF to re-do the smog without offering a satisfactory explanation. The representative handwrote the same, reflecting the DMV's seemingly arbitrary rule. It is offered herewith as EXHIBIT P.

## THE DMV'S POWER TO COLLECT FEES

50.    PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

51.    Vehicle Industry Registration Procedures Manual (REG 611) sets forth the authority of DMV to collect fees for cities and counties during registration of a vehicle. Chapter Sections 3.020 & 3.025 provides as follows:

> 3.020  City and County Fees Various fees are collected with the registration fees for cities and counties that have adopted resolutions to impose such fees. Fee assessment is based on the registered owner's county or city of residence and is collected whenever a registration fee is collected. County fees for CVRA vehicles are higher than other vehicles. No penalties are charged for

14

*the city and county fees. See Appendix 1A for fees for each county/city.*

*3.025 Computation of Fees and Penalties (CVC §9559) When a registration fee, weight fee, or penalty computation results in a fraction of a dollar and the odd-cents amount is: • $0.49 or less, round down the full dollar (Example: $22.35 = $ 22). • $0.50 to $0.99, round up to the next full dollar (Example: $22.60 = $ 23). No single fee or penalty shall be less than $1.*

## THE UNREPLIED TO OBJECTION BY PLAINTIFF

52.   PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

53.   PLAINTIFF wrote an objection to DEFENDANTS as instructed by the citation and the web portal. It has not been responded to, in effect, barring any possibility for redress or relief. The only possible outcome was for PLAINTIFF to pay the bill charged to him by the DMV. It is herewith attached as EXHIBIT I. Receipt of his appeal in the form of his objection was confirmed by the portal, herein attached as EXHIBIT R.

## VIOLATIONS UNDER COLOR OF LAW

54.   PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

55.   The legal and/or unofficial nature of the relationship between CITY OF ORANGE, CPC and DMV are bound by the common objective of generating illegal profits. As a result they have and continue to commit undeniable and substantial violations of the US Constitution.

56.   PLAINTIFF alleges that an operative agreement between CITY OF ORANGE, CPC and DMV are in effect, whereby all are instigators and beneficiaries of an unlawful parking ticket and fee registration fee scheme. Their association and the actions that spring therefrom have been the direct and proximate cause of the constitutional violations, complained hereon, meeting all the elements of a Section 1983 depravation:

15

57.    THE CITY OF ORANGE, CPC and DMV acted under color of state law;

58.    The acts described herein perpetrated by THE CITY OF ORANGE, CPC and DMV deprived PLAINTIFF his First, Fifth and Sixth and Fourteenth Amendment Rights under the US Constitution;

59.    The CITY OF ORANGE, CPC  and DMV, their employees, agents and representatives acted pursuant to an expressly adopted official policy or a widespread or longstanding practice or custom;

60.    The CITY OF ORANGE, CPC and DMV, their employees, agents and representatives held supervisorial control and/or managerial authority to carry out the parking ticket scheme;

61.    The CITY OF ORANGE, CPC and DMV caused the deprivation of PLAINTIFF'S rights by official policy or widespread or longstanding practice or custom. All of which were so closely related to the deprivation of his rights as to be the moving force that caused the ultimate injury herein described.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**(First Amendment – Right To Redress)**

62.    PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

63.    The First Amendment of the US Constitution provides:

*"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."*

64.    CITY OF ORANGE and CPC purposefully did not respond to PLAINTIFF'S Objection and Informal Discovery (Set One) request. It was their responsibility to do so in order for the controversy of the Citation #1 to progress towards a resolution. Without a

16

response, it was reasonable to assume that the case had been internally resolved, when in fact it remained awaiting a fee-related bushwhack at the DMV counter. The website that the portal had included was also deliberately erroneous and/or link rotted, leaving PLAINTIFF no possible avenue to reach the city or anyone of official capacity or knowledge. It was their design to evade direct confrontation or direct inquiries. In doing so, the CITY OF ORANGE violated the US Constitution's First Amendment Right to Redress Clause.

## SECOND CAUSE OF ACTION

### (Fifth Amendment – Right To Due Process)

65.    PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

66.    The Fifth Amendment of the US Constitution provides:

*"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."*

67.    The CITY OF ORANGE, CPC and DMV through their parking ticket scheme, created a system that does not provide a constitutionally cognizable way in which to contest a ticket. The system is designed to make money and can defer payment for a duration into the future, making use of the DMV as their collector. Anyone must pay their registration every year, docking the motorist for the citation and penalties because of surprise and the pressure of an approaching registration deadline. They created a portal that allowed the posting of information supporting an objection. However, they do not respond leaving no opportunity for relief. Relief can only be had by paying them, despite

17

innocence and lack of due process.

## THIRD CAUSE OF ACTION

### (Sixth Amendment – Right To A Speedy Trial)

68.    PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

69.    The Sixth Amendment of the US Constitution provides:

*"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence."*

70.    The CITY OF ORANGE, CPC and DMV created a system that, in fact, did not provide PLAINTIFF his day in court. An Objection, together with a request for discovery entitled Informal Discovery (Set One) was forwarded through the portal. No responses were ever received. The deliberate indifference demonstrated by the citing officer was the cause why a second and equally unlawful citation was issued. The citing officer revealed that she had discretion not to issue the 2nd citation but since there was another "unpaid ticket" in the system, she said she had to give ROBERT the ticket. This was in clear view of an inoperable vehicle.

## FOURTH CAUSE OF ACTION

### (Sixth Amendment – Right To Confront An Accuser)

71.    PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

72.    The Sixth Amendment of the US Constitution provides:

*"In all criminal prosecutions, the accused shall enjoy the right to a speedy and*

18

*public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence."*

73.    The CITY OF ORANGE, CPC and DMV, through their collusion, were served a discovery request in connection to the 1st citation, but failed to respond to it. In it, ROBERT asked the DEFENDANTS to identify the citing officer so that other discovery requests could be propounded including Requests for Production, Requests for Interrogatories, Requests for Admissions and others that may be required. The deliberate indifference to PLAINTIFF'S request is tantamount to shielding the accuser, in violation of the Bill of Rights.

## FIFTH CAUSE OF ACTION

### (Fourteenth Amendment – Equal Protection of the Law)

74.    PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

75.    DMV, through their procedures have deprived PLAINTIFF a valid CA Driver's License because he would not provide a false residential address under penalty of perjury. The particular act of doing so rose to the level of "deliberate indifference" in light of the fact a subsequent registration issued to him bore the address of General Delivery Dana Point CA 92629 (EXHIBIT S). In so doing, DMV has prevented PLAINTIFF access to certain public amenities including entry to this court, which requires a valid CA ID (EXHIBIT T). The act of depravation has precluded him from establishing relations and accounts for commerce and a healthy living. It has, in fact, deprived him of liberty, property and due process of law.

76.    THE COUNTY OF ORANGE and CPC have effectively deprived him use of his vehicle until such time as the unlawful DMV bill is paid in full. In so doing, PLAINTIFF is

19

not able to avail of the vehicle's use for transportation and all the mobility and freedom that travel provides.

77. In relevant parts, the Fourteenth Amendment provides:

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."*

## SIXTH CAUSE OF ACTION

### (Fraud - California Civil Code §§ 1709 & 1710)

78. PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

79. DMV induced ROBERT by the power of law to engage them in registering his vehicle. In the course of the transaction DMV represented that he owed more than is statutorily required, for the purpose of padding fees for their collection efforts. In fact, they were trying to collect more than the amount of the citation sought by CITY OF ORANGE and other municipalities. The surplus is then kept as receivables in their treasury for their discretionary use. They have made the PLAINTIFF'S registration and operating cost untenably expensive, preventing him from registering his vehicle which he uses as his shelter being a homeless man. In the course of the scheme they have deliberately perpetrated fraudulent deceit in the meaning of California Civil Code §§ 1709 & 1710 which provides.

*1709. One who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers.*

*1710. A deceit, within the meaning of the last section, is either:*

*The suggestion, as a fact, of that which is not true, by one who does not believe it*

20

*to be true;*

*The assertion, as a fact, of that which is not true, by one who has no reasonable ground for believing it to be true;*

*The suppression of a fact, by one who is bound to disclose it, or who gives information of other facts which are likely to mislead for want of communication of that fact; or,*

*A promise, made without any intention of performing it.*

## SEVENTH CAUSE OF ACTION

### (Negligence - CA Civil Code § 1714(a))

80.   PLAINTIFF incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

81.   WALMART, its management, representatives, agents and employees had the responsibility of ensuring that the products and services offered by the automotive department meet or exceed manufacturer specifications. The company failed in doing so and is therefore responsible for the injuries allege herein.

82.   California Civil Code §1714(a) provides:

*"Everyone is responsible, not only for the result of his or her willful acts, but also for an injury occasioned to another by his or her want of ordinary care or skill in the management of his or her property or person, except so far as the latter has, willfully or by want of ordinary care, brought the injury upon himself or herself. The design, distribution, or marketing of firearms and ammunition is not exempt from the duty to use ordinary care and skill that is required by this section. The extent of liability in these cases is defined by the Title on Compensatory Relief."*

83.   The installation of the battery that WALMART recommended was the direct and proximate cause of the 2nd citation received from CITY OF ORANGE. PLAINTIFF had a reasonable expectation of problem free operation of the vehicle, including that it starts without fail.  As the result of WALMART'S negligence ROBERT has to bring this action

21

to court, fight a citation issued by CITY OF ORANGE to clear a blemish on his vehicle's record, expending money and time for the effort.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants, as set forth herein below:

a. Pursuant to the First, Second, Third, Fourth and Fifth Causes of Action, grant compensatory penalties against each DEFENDANT so named according to proof;

b. Pursuant to 42 USC § 1983 and California Civil Code §3294, grant punitive damages against each DEFENDANT so named according to proof;

c. Pursuant to 42 USC § 1983 declare the parking ticketing enterprise unlawful and order its complete and immediate cessation until they are in compliance with the Constitution and other laws and grant punitive damages according to proof;

d. Declare the smog certification process duplicative and allow the standing certification acquired less than 2 years prior adequate and acceptable for the issuance of a new registration;

e. Declare DMV's requirement that he provide a false address under penalty of perjury a violation of PLAINTIFFS rights and order the issuance of an ID bearing the address General Delivery Dana Point 92629 immediately and without delay;

f. Enter an order requiring DEFENDANTS to refund, rebate and/or abate citation and registration fees related to this action;

g. Enter an order requiring DEFENDANTS to permit the registration of PLAINTIFF'S vehicle without delay.

h. Enter an order halting the imminent removal and/or towing of PLAINTIFF'S '90 GMC Suburban while parked at a public street.

i. Enter such orders required to restore money and/or property, which may have been lost or displaced by means of these unlawful acts, as provided by the laws engendered herein and other applicable laws;

22

j.   Award PLAINTIFF his costs of suit;

k.   Grant such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

The above PLAINTIFF hereby demands a trial by jury in this action.

Respectfully submitted,

Dated:   JUNE 1, 2018

RLacambra

ROBERT LACAMBRA - Plaintiff, In Pro Per

**VERIFICATION**

I, Robert Lacambra, am the Plaintiff in the above-entitled action. I have read the foregoing "Verified Civil Rights Complaint For Damages, Declarative and Injunctive Relief" and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Orange, California.

Dated: JUNE 1, 2018

RLacambra —

ROBERT LACAMBRA - Plaintiff, In Pro Per

**EXHIBIT LIST**

EXHIBIT A – DMV RECEPTIONIST

EXHIBIT B – DMV IDENTIFICATION APPLICATION

EXHIBIT C - '01 TOYOTA 4RUNNER REGISTRATION

EXHIBIT D – CITATION NOTICE – LAGUNA BEACH

EXHIBIT E – NOTICE OF CITATION FEE - LBPD

EXHIBIT F – BUSINESS CARD OF LBPD OFFICER

EXHIBIT G – WALMART BATTERY RECEIPT

EXHIBIT H – 1ST STREET SWEEPING TICKET

EXHIBIT I – LETTER OF OBJECTION FOR TICKET

EXHIBIT J – INFORMAL DISCOVERY (SET ONE)

EXHIBIT K – PICTURE OF DANA POINT POST OFFICE

EXHIBIT L – AAA BATTERY CHECK READOUT

EXHIBIT M – 2ND STREET SWEEPING TICKET

EXHIBIT N – DMV PRINTOUT OF CITY OF ORANGE CITATION

EXHIBIT O – SMOG CERTIFICATE

EXHIBIT P – HANDWRITTEN NOTE BY DMV REPRESENTATIVE

EXHIBIT Q - STREET SWEEPING MAP

EXHIBIT R – CONFIRMATION OF APPEAL

EXHIBIT S - REGISTRATION OF '90 GMC SUBURBAN

EXHIBIT T – USDC NOTICE TO SHOW VALID IDENTIFICATION

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A



**EXHIBIT B**

**EXHIBIT B**

**EXHIBIT B**

**EXHIBIT C**

**EXHIBIT C**

**EXHIBIT C**



TO OBTAIN A TITLE OR REGISTRATION CARD, MAIL THE ATTACHED DOCUMENTS AND REQUESTED ITEMS TO: DMV, PO BOX 942869, SACRAMENTO, CA 94269-0001.  PENALTIES ARE DUE IF RENEWAL FEES ARE PAID AFTER THE EXPIRATION DATE.  PLANNED NON-OPERATION (PNO) REQUESTS MUST BE SUBMITTED WITHIN 90 DAYS OF THE EXPIRATION DATE (ON OR BEFORE THE EXPIRATION DATE FOR OFF-HIGHWAY VEHICLES) OR ALL FEES AND PENALTIES ARE DUE.  FOR A DMV OFFICE APPOINTMENT, GO ONLINE AT WWW.DMV.CA.GOV OR CALL 1-800 777-0133.

## SMOG INSPECTION/CERTIFICATION REQUIRED
\*       \*       \*

648 071116 08
0011  F00  11
 4TQA575  344

REPORT OF
DEPOSIT
OF FEES
PAGE 1 OF 1



**\* INCOMPLETE APPLICATION\*\*SEE ABOVE\*\*THIS IS NOT AN OPERATING PERMIT \***

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|---|
| TOYT | 2001 | 2001 | AD | 2015 | 120 | 11 | 4TQA575 |

| BODY TYPE MODEL | MP | MO | | VEHICLE/VESSEL ID NUMBER |
|---|---|---|---|---|
| UT | G | XU | | JT3GN86R610204344 |

| TYPE VEHICLE/VESSEL USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | USE TAX |
|---|---|---|---|---|---|
| AUTOMOBILE | 07/11/16 | 30 | 07/11/16 | 0 | 48 |

RDF REASONS: 0

LACAMBRA ROBERT NELSON L
R GENERAL DELIVERY
/
O
  DANA POINT
  CA            92629

L
/
O

AMOUNT PAID
$   167.00

| AMOUNT DUE | AMOUNT RECVD | |
|---|---|---|
| $   167.00 | CASH : | 200.00 |
|  | CHCK : |  |
|  | CRDT : |  |
| CASH BACK | : | 33.00 |

PR EXP DATE: 07/12/2016

648 08 0016700 0011 CS 071116  4TOA575 344

# EXHIBIT D

# EXHIBIT D

# EXHIBIT D



POLICE DEPARTMENT
*Proudly Serving Our Community*

Officer *Badge* 31159

Dr No. 31197

This Card for Reference

505 Forest Avenue, Laguna Beach, CA 92651
(949) 497-0701

COURT CODE: 30306     PHONE: (800) 989-2058     NEW COURT CODE:

NAME/ADDRESS: LAGUNA BEACH CY

505 FOREST AVE

LAGUNA BEACH, CA          92651

COURT CODE:          PHONE:          NEW COURT CODE:

NAME/ADDRESS:

COURT CODE:          PHONE:          NEW COURT CODE:

NAME/ADDRESS:

Case 8:18-cv-00960-RGK-KES    Document 1    Filed 06/01/18    Page 32 of 70    Page ID #:32

# EXHIBIT E

# EXHIBIT E

# EXHIBIT E

COURT
CODE: 30306          PHONE: (800) 989-2058          NEW
COURT
CODE

NAME/ADDRESS: LAGUNA BEACH CY

505 FOREST AVE

LAGUNA BEACH, CA          92651

COURT
CODE:          PHONE:          NEW
COURT
CODE:

NAME/ADDRESS:

COURT
CODE:          PHONE:          NEW
COURT
CODE:

NAME/ADDRESS:

# EXHIBIT F

# EXHIBIT F

# EXHIBIT F



# EXHIBIT G

# EXHIBIT G

# EXHIBIT G

See back of receipt for your chance
to win $1000

ID #:   7L1669RLSOY



( 949 ) 360 - 0758
MANAGER JOHN THORSON
27470 ALICIA PKWY
LAGUNA NIGUEL CA 92677
ST# 02206 OP# 000461 TE# 95 TR# 08433
PRODUCT SERIAL # JCH16003844658
78-3          060638809705       4.88 X
CA DISPOSAL   068113117293       1.00 T
CA CORE       068113117294       2.00 T
** VOIDED ENTRY **
CA CORE       068113117294       2.00-T
              SUBTOTAL           5.88
      TAX 1   7.750 %            5.88
                 TOTAL          11.76
              CASH  TEND        11.76
              CHANGE DUE          0.0
         # ITEMS SOLD 2
      TC# 4659 8432 8591 3173 0680

**********SAVE RECEIPT**********
* RETURN OLD BATTERY FOR PROPER *
*RECYCLING AND REFUND OF BATTER**
*    DEPOSIT WITH THIS RECEIPT   *
********************************

Low Prices You Can Trust. Every Day.
      06/21/17      16 08:44
Store receipts on your phone. Walmart P
ay.



ALISO VIEJO 100
31 ARGONAUT
ALISO VIEJO, CA
92656
949-360-8068

6/21/2017
10:30 AM

JOB NUMBER: 00050064

TECHNICIAN: 101752

BATTERY RESULTS



MEASURED:        35 CCA
RATED:          650 CCA
TEMPERATURE:     84°F
VOLTAGE:        12.58V

REPLACE BATTERY

Risk-Maximum

AAA highly recommends
a battery replacement.
Although your battery
may start the vehicle,
it no longer meets
minimum standards and
is likely to fail soon,
especially if exposed to
extreme temperatures.

***************************

Test Code
0EQ215-87TCSP-GN

STARTER TEST



CHARGING SYSTEM TEST

| NO VOLTAGE | |
|---|---|
| NO LOAD | LOADED |
| 12.59V | 12.59V |
| --.--A | --.--A |

0.100

RIPPLE
0mV

-0.100

Serial Number:1115331636



( 949 ) 360 - 0758
MANAGER JOHN THORSON
27470 ALICIA PKWY
LAGUNA NIGUEL CA 92677
ST# 02206 OP# 000461 TE# 95 TR# 08433

AUTOMOTIVE BATTERY DATE VERIFICATION

U 605388097050

DESCRIPTION:     78-3

DATE:     06/21/17     16:08:44

AUTOMOTIVE BATTERY RETURN REQUIREMENTS

RECEIPT IS NECESSARY TO VALIDATE DATE
OF PURCHASE FOR WARRANTY ADJUSTMENTS.
ADJUSTMENTS WITH OUT RECEIPT WILL BE
MADE USING THE MANUFACTURE DATE OF
BATTERY.

PLEASE KEEP RECEIPT FOR YOUR RECORDS

TC# 4659 8432 8591 3173 0680



PLEASE KEEP RECEIPT FOR YOUR RECORDS

# EXHIBIT H

# EXHIBIT H

# EXHIBIT H

# City of Orange
# Street Sweeping
## Citation: OR060002962

Location: 800 BLOCK N ORANGE ST
Plate:     80553M1   State: CA
VIN:
Expire:    11/2017
Make:      GMC
Model:     OTHER
Body;      4 DOOR
Color:     BLUE

     Violation 1:
NO PARKING - STREET SWEEPING
Code:      10.38.060
Amount: $54.50

## *** TOTAL FINE: $54.50 ***

Comments:
PHOTOS TAKEN

PLEASE SEE REVERSE FOR INSTRUCTIONS

Issued:    11/29/2017 09:21 AM
Officer:   1582

**EXHIBIT I**

**EXHIBIT I**

**EXHIBIT I**

# ROBERT LACAMBRA
INDIGENT LITIGATOR
NO CURRENT ADDRESS
robertsjustice@live.com

December 11, 2017

Citation Processing Center
P.O. Box 11024
Newport Beach, CA 92658

Sir/Madam,

### IN RE: CITATION # OR060002962

This letter is to enter an objection in response to a parking citation issued against my vehicle, a 1990 GMC Suburban. As per the ticket, the citation was issued by Officer# 1582 at 9:21AM on November 29, 2017 around the 800 block of Orange St. Orange California. The citation specifies the violation of Code 10.38.060, which in relevant parts state:

> *"10.38.060 - PARKING PROHIBITED TO FACILITATE STREET SWEEPING*
>
> *Notwithstanding any other provision of this Orange Municipal Code, it is unlawful to park or leave standing any vehicle on any public street or alley or any portion thereof during the hours and on the day or days of the week or month indicated on signs containing the words "No Parking" and designating such parking restrictions pursuant to the provisions of this section, where such signs have been placed in appropriate locations along such public street or alley or portion thereof. The City Council may, by resolution from time to time, determine the hours during which and the day or days of the month on which parking shall be prohibited on specified public street or alleys or on all streets and/or alleys within a specified geographical area of the City to facilitate street sweeping. The City Traffic Engineer is authorized to determine the locations of and to place and maintain, or cause to be placed and maintained, the signs provided for under this section."*

The information on the ticket assumes that the citation was properly issued by the citing officer and without error. In addition, it directs its bearer to respond in the following manner:

> *"TO RESPOND TO THE CITATION:*
>
> *The registered owner, lessee, or person responsible for the vehicle cited shall within 21 days of issuance, either:*
>
> *1) Pay the parking penalty, or*
>
> *2) The registered owner or lessee of the vehicle may submit a written appeal online at www.CitationProcessingCenter.com or mail your appeal with any supporting information to the address as noted above. Your payment or appeal must be received within 21 days of the citation date. Submitted documents will not be returned."*

## SEARCH FOR REDRESS

The City of Orange's website on the Street Sweeping could be found at: http://www.cityoforange.org/489/Street-Sweeping.

In it, the city refers inquiries about street sweeping to CR&R, the company responsible for street sweeping. It published the following verbiage verbatim:

> "If you have any questions with respect to your street sweeping service, please contact customer service representative with CR&R at (714) 372-8272. If you would like to contact the City regarding a street sweeping issue, please click here. Please include in the email the address, and contact information."

A link that encourages further inquiry with the city is included and links to http://www.cityoforange.org/489/mail%20to:%20sweeping@cityoforange.org.

However, there appears to have link rot, with an error message that states the following:

Select Language ▼

It is not clear what the exact relationship of the website www.citiationprocessingcenter.com is to the City of Orange. No proper disclosures are made on the website to reveal any potential conflicts of interest, specifically on how the interest of the public is served or violated by engaging in communication with the company. However, because the address that appears on the site is a Postal Box in Newport Beach, it is reasonable to assume that it is a business, distinct from the City of Orange or the California Judiciary. As such, this leaves no opportunity to directly meet or confer with the City of Orange or the accuser. And at these early stages, no direct opportunity to confront the issuer of the citation is available, despite the officer having taken pictures of the alleged infraction, per the citation.

The website also goes into the many steps of the process of contesting a ticket. This includes a First Level, Second Level and Third Level (by trial De Novo). It also states the amount of money it will cost to move up the levels. At the second level, the accused is required to deposit the amount equivalent to the infraction before the case is allowed to proceed to the next level. At the third level, another $25 is required if a De Novo hearing is elected by the accused. Continuing the theme, none of the levels appear to provide a way to confront the accusers until the case is finally taken under the jurisdiction of the courts several months later. At which time Penal Code and its attendant procedures are probably made available to the accused.

The only phone number disclosed on the website is an automated system to make payments over the phone. It states:

> **"What if I get a message that the system is not available?**
> If you receive a message that the system is unavailable for accepting payments it should be available within few hours. For your convenience, the Citation Processing Center system is generally available 24/7. However, on occasion, the system may be down for routine maintenance or repairs.
>
> If you continue to experience difficulties accessing the website, please call Citation Processing Center's Customer Service at (800)989-2058 and use our automated system to make your payment over the phone."

## FIRST CAUSE OF OBJECTION
### (1ST AMENDMENT - RIGHT TO REDRESS)

The First Amendment of the US Constitution provides:

> "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

As your procedures have set forth, the accused have no opportunity to communicate with the city directly to ameliorate and/or inquire about the said infraction. Furthermore, it is clear the City of Orange have deliberately broken the link that appears on their website allowing direct digital communications and to foreclose on any opportunity to create a digital record of such an inquiry.

## SECOND CAUSE OF OBJECTION
### (5TH AMENDMENT - RIGHT TO DUE PROCESS)

The Fifth Amendment of the US Constitution provides:

> "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."

As your procedures have set forth, the accused are deprived of due process. It is well settled in criminal proceedings that an accused is innocent until proven guilty. The process thereon is a time-consuming maze calculated to make money requiring an accused to deposit the amount of the infraction (2nd level) and to pay an additional $25 (3rd level) before the final determination is even reached. All the while the "Processing Center" is calling it an appeal to give the semblance of due process. The flaw of the system is that an accused could not be deprived of his or her money without due process, which means a final determination must first be reached before the financial penalties are levied.

## THIRD CAUSE OF OBJECTION
### (6TH AMENDMENT - RIGHT SPEEDY TRIAL AND RIGHT TO CONFRONT AN ACCUSER)

The Sixth Amendment of the US Constitution provides:

> "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence."

As your procedures have set forth, the accused is deprived of a trial by any name. From the very beginning the "Process Center" handles every account as an appeal. It says so on the website. Furthermore, it makes no provisions for discovery before lodging an appeal to be made aware of every

detail of the case being made by the city. The citing officer cannot be asked to disclose all the fact and evidence used to extrajudicially convict the accused.

### FOURTH CAUSE OF OBJECTION
#### (14TH AMENDMENT - RIGHT TO EQUAL PROTECTION OF THE LAWS)

Section 1 of the Fourteenth Amendment of the US Constitution provides:

> "Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

As your procedures have set forth, the accused is deprived of equal protection of the laws. In your code's current construction people of means will make a calculation and may arrive upon the conclusion that they are better off just paying the penalty, irrespective of fault. The system is designed to make it time consuming simply to advocate on one's own behalf. However, for the indigents it is a situation where penalties will only certainly accrue over time. This is due in part because an amount equivalent to the infraction plus an additional $25 is required before a final determination can be reached. Moreover, it makes no provisions for an accused to proceed in forma pauperis, which may allow fee waivers to proceed in his or her defense unimpeded and without delay irrespective of the future outcome.

### FIFTH CAUSE OF OBJECTION
#### (DIFFICULT TO READ & CONFUSING SIGNS)

To convict this accused, the prosecution must be able to do two things. First, it must be able to prove the commission of the crime. Second, it must be able to prove the absence of any and all defenses. I am a visitor of the neighborhood and am not very familiar with the municipal codes and regulations in effect. This image is of the street in which the citation was issued. The sign on this image is on Orange & Lomita. That morning, the vehicle was parked on the same street facing the direction of this image. The sign, if you are entering the neighborhood, is difficult to see. It appears as the image shows. At night, while distracted by a search for an address, it is impossible to see. It is compounded by other messages that were posted underneath the No Parking Sign. The only reason it could be seen in this picture is because it is now winter and the tree in the foreground have no leaves. However, the branches were still a factor in visibility. That morning, not only were there other cars, there were also trash cans outside – a fact that discoveries will bear out when the citing officer produces the picture for my inspection.





## CONCLUSION

Based on the foregoing, your parking ticket business is clearly repugnant to the constitution and should rightly be challenged in a court of competent jurisdiction with causes of action that engender the objections above. In the interest of justice, please find a copy of my discovery request herewith propounded entitled "Informal Discovery (Set One)".

Submitted,

Dated: December 11, 2017


ROBERT LACAMBRA – Defendant, In Pro Per


ATTACHMENTS:

Informal Discovery (Set One)

# EXHIBIT J

# EXHIBIT J

# EXHIBIT J

# ROBERT LACAMBRA
INDIGENT LITIGATOR
NO CURRENT ADDRESS
robertsjustice@live.com

PERTINENT INFORMATION:
Citation # # OR060002962
Citing Officer #1582
Date of Citation: November 29, 2017
Time: 9:21AM
Location: 800 Block of Orange Street Orange CA
Date served: December 11, 2017

## INFORMAL DISCOVERY (SET ONE)

Notice is hereby given pursuant to Penal Code §§ 1054 et seq., § 1054.5(b) and Brady v. Maryland(1963) 373 U.S. 83, that the above-named defendant is requesting disclosure and production of the following materials and information. He requests that it be delivered to his email address at robertsjustice@live.com as soon as possible and no later than fifteen days from the date of service of this request:

1. Provide the identity of Officer #1582, the citing officer of Citation # OR060002962. This will include the citing officer's name, rank, length of service with the department, telephone number, email address and social media handle, if applicable.
2. Provide a copy of the citing officer's service record including but not limited commendations, complaints whether by the department or citizens of the city and all unfavorable reviews and/or appraisals of the citing officer's performance.
3. Provide a copy of the city's operating manual that specifies the procedures for the issuance of citations by city parking officers for the City of Orange.
4. Provide a copy of all recordings whether audio, video or photographic produced by the citing officer relating to and around the time of this incident.
5. Provide a copy of the audio/visual recordings produced by the body worn recording device worn by the citing officer relating to and around the time of this incident
6. Provide a copy of the police vehicle mounted dashcam video produced by the citing officer relating to and around the time of this incident.
7. Provide a written description of the entire citing encounter, including but not limited to the conditions on the street, the number of vehicles on the street, the number of vehicles on the street that were cited, number of pedestrians and other thoughts about the incident.
8. Provide a list of each and every vehicle that was cited by the officer on that day, including but not limited to the names, vehicle identification number and approximate location from where the citation was issued. Refer to the Pink Section noted as "Street Sweeping Area" on Wednesdays.

9. Provide a statement of observation on whether or not the street sweeping had already concluded by the time the citation was issued?

10. Provide a statement on whether or not the City of Orange imposes a quota as to how may parking citations officers should and/or are required to issue on a daily, monthly and yearly basis.

11. All potentially exculpatory evidence related to this citation, recordings of the incident. Evidence is "favorable" if it either helps the defendant or hurts the prosecution. (Izazaga v. Superior Court (1991) 54 Cal.3d 356; Brady v. Maryland (1963) 373 U.S. 83; People v. Coddington (2000) 23 Cal.4th 529, 589, overruled on other grounds in Price v. Superior Court (2001) 25 Cal.4th 1046, 1069.)

12. Any information, no matter how or if recorded, of prior acts adversely reflecting on honesty, whether or not they resulted in arrests or convictions for felonies or misdemeanors, of any witnesses to be called to testify against the defendant. (Ca. Const., Art. 1, section 28(d); People v. Wheeler (1992) 4 Cal.4th 284; People v. Coyer (1983) 142 Cal.App.3d 839; In re Ferguson (1971) 5 Cal.3d 525, 533; People v. Lang (1989) 49 Cal.3d 991; People v. Harris (1989) 47 Cal.3d 1047; Roland v. Superior Court (2004) 124 Cal.App.4th 154.)

13. Any information material to the credibility of any witnesses that the prosecution intends to call at the trial (Davis v. Alaska (1974) 415 U.S. 308; U.S. v. Bagley (1985) 473 U.S. 667; Giglio v. United States (1972) 405 U.S. 150), including psychiatric records of the citing officer(s) and witnesses in the possession of the prosecution (People v. Pack (1988) 201 Cal.App.3d 679; Pennsylvania v. Ritchie (1987) 480 U.S. 39; In re Maria V (1985) 167 Cal.App.3d 1099; People v. Caplan (1987) 193 Cal.App.3d 543; Lorenza P. v. Superior Court (1988) 197 Cal.App.3d 607).

Submitted,

Date: December 11, 2017

RLacambra

ROBERT LACAMBRA – Defendant, In Pro Per

# EXHIBIT K

# EXHIBIT K

# EXHIBIT K





**EXHIBIT L**

**EXHIBIT L**

**EXHIBIT L**

CALIFORNIA ROADSD
509 LAMBERT
BREA, CA
92805
714-773-0100

4/10/2018
12:11 PM

JOB NUMBER: 00026816

TECHNICIAN: 109825

**BATTERY RESULTS**

```
MEASURED:        439 CCA
RATED:           600 CCA
TEMPERATURE:      37°F
VOLTAGE:         12.11V
```

**GOOD - RECHARGE**



Risk-Minimal

Your battery is in good
condition, but it is a
little discharged. Please
recharge your battery and
continue with normal
service.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Test Code
5EGHUE-87KE52-Q4

STARTER TEST



CHARGING SYSTEM TEST



# EXHIBIT M

# EXHIBIT M

# EXHIBIT M

# City of Orange
# Street Sweeping
# Citation: OR050005058

Location: 859 N ORANGE ST
Plate:     80553M1   State:  CA
VIN:
Expire:
Make:      GMC
Model:     OTHER
Body:      4 DOOR
Color:     BLUE

Violation 1:
NO PARKING - STREET SWEEPING
Code:      10.38.060
Amount: $54.50

# *** TOTAL FINE: $54.50 ***

Comments:
NB

## PLEASE SEE REVERSE FOR INSTRUCTIONS

Issued:    04/11/2018 08:52 AM
Officer:   1584

# EXHIBIT N

# EXHIBIT N

# EXHIBIT N



DPR3  08Q B DJJ S G08Q2 PCVS   C381295R     0 G08Q1         0 050918 1004 VDAP
*** C O U R T   N A M E / A D D R E S S   I N Q U I R Y   R E S P O N S E ***

COURT CODE:   30334  PHONE: (800) 989-2058  NEW COURT CODE:
         NAME/ADDRESS: ORANGE CY

                        300 E CHAPMAN
                        ORANGE, CA                     92866

COURT CODE:              PHONE:              NEW COURT CODE:
         NAME/ADDRESS:

COURT CODE:              PHONE:              NEW COURT CODE:
         NAME/ADDRESS:

                    ENTER    ANOTHER INQUIRY-PF1



FEEP  K01 B DJJ S VFEEP PCVS   C381295R     0 VF01E         0 050918 0938 VDAP
    *** P A R K / T O L L   C I T A T I O N   D I S P O S I T I O N ***

   LAST TRF/ACQSTN/FIRST OPER/FEE DUE DATE-              CURR EXP DATE- 11/30/17
   LICENSE NO: 80553M1              REPO DATE-           NEW  EXP DATE: 12/02/18
   D                                    $    D                                $
   C VIOLDT   CITATION NUMBER AGNCY AMT     C VIOLDT  CITATION NUMBER AGNCY AMT
 # -  ------   -------------- ----- ---   # - ------   -------------- ----- ---
 01   112917   OR060002962    30334 110  02
 03                                      04
 05                                      06
 07                                      08
 09                                      10
 11                                      12
 13                                      14
 15                                      16
 17                                      18
 19                                      20

TOTAL DISP CD 5-$        +  TOTAL BLANK DISP CD-$  110  =  TOTAL DUE-$   110

ENTER  PAY DMV-PF1  PAY DMV/RDF(PV)-PF2  RDF(PV)  FALLBACK  RESTART  CANCEL

# EXHIBIT O

# EXHIBIT O

# EXHIBIT O

| | | | | | | ESTIMATE | |
|---|---|---|---|---|---|---|---|

Laguna Niguel Chevron
30072 Crown Valley Parkway
Laguna Niguel CA 92677
(949)4950345
BAR#00279544   EPA#CAL000105268   Page No. 1

**ESTIMATE**

Date: 05/12/2017

Estimate# 05068

CUSTOMER: ROBERT LACAMBRA
ADDRESS:     0   0  0
LICENSE#: 80553M1
MILEAGE:   81796
VEHICLE:   1990 GMC SUBURBAN        ENGINE:         TRANS:          VIN:

HOME PHONE: (949)426-8730
WORK PHONE: (949)0  -

WORK: CUST REQ SMOG TEST
DESC:

| CODE | TECH | QTY | STOCK I.D. | DESCRIPTION | EACH | PARTS | LABOR |
|---|---|---|---|---|---|---|---|
| SIE | 3 | 0.00 | (BAR 97 SMOG CHECK) CALIFORNIA SMOG CHECK USING BAR 97 MACHINE. BY LAW NEEDED REPAIRS INDICATED BY SMOG CHECK MAY BE PER- FORMED AT ANOTHER LICENSED SMOG REPAIR FACILITY. | | | 0.00 | 69.95 |
| SC | 0 | 0.00 | (SMOG CERTIFICATE) SMOG CERTIFICATE HAS BEEN ELECTRONICALLY TRANSMITTED TO DEPARTMENT OF MOTOR VEHICLES. | | | 0.00 | 8.25 |
| VP20 | 0 | 0.00 | (VAL PAK $20 DISC.) | | | 0.00 | 20.00- |

CUSTOMER PARTS: (Discard Old Parts)

| | | |
|---|---|---|
| TOTALS | 0.00 | 58.20 |
| SUB-TOTAL | | 58.20 |
| SALES-TAX | | 0.00 |
| TOTAL | | 58.20 |

I, the Registered Owner, authorize you to perform the above repairs and
furnish necessary materials.  I understand any cost quoted heretofore is
an estimate only.  Your employees may operate vehicle for inspection,
testing, delivery at my risk.  You will not be responsible for loss or
damage to vehicle or articles left in it.  I agree to pay reasonable
storage on vehicle left more than 48 hrs. after notification that repairs
are completed.  An express mechanic's lien is acknowledged on above vehicle
to secure the amount of repairs thereto, including those from any prior
work or repair contract on this vehicle.  In the event an attorney is re-
tained to forclose this lien or to bring suit for collection of any sums
due I agree to pay costs of collection and reasonable attorney fees.

Receipt of a copy of this order is hereby acknowledged

_____

(CUSTOMER SIGNATURE)

# EXHIBIT P

# EXHIBIT P

# EXHIBIT P



**Dyann Kipling**
Branch member Specialist

Newport Beach Branch
3880 Birch St
Newport Beach, CA 92660

949-823-3824 Direct
949-474-8125 Fax

Kipling.Dyann@aaa-calif.com

...CHED DOCUMENTS AND REQUESTED ITEMS TO: DMV, PO BOX 942869, SACRAMENTO, CA
...ID AFTER THE EXPIRATION DATE. PLANNED NON-OPERATION (PNO) REQUESTS MUST BE
...R BEFORE THE EXPIRATION DATE FOR OFF-HIGHWAY VEHICLES) OR ALL FEES AND

FOR A DMV OFFICE APPOINTMENT, GO ONLINE AT WWW.DMV.CA.GOV OR CALL 1-800-777-0133.

EVIDENCE OF LIABILITY INSURANCE ISSUED
BY YOUR INSURANCE COMPANY IS REQUIRED.
ACCEPTABLE EVIDENCE MAY BE AN INSURANCE
ID CARD.

* * *

C63 111017 5T
0008 K00 31
80553M1 535

Must get the following
1) Smog
2) Insurance
3) pay ticket

PLEASE RETURN ALL
ATTACHED PAPERWORK
FOR COMPLETION

REPORT OF
DEPOSIT
OF FEES
PAGE 1 OF 1

# EXHIBIT Q

# EXHIBIT Q

# EXHIBIT Q



# EXHIBIT R

# EXHIBIT R

# EXHIBIT R



Search Citation > Receipt Appeal Citation

Frequently Asked Questions

Back to Citation

New Search

**Appeal Request Received**

Citation:  OR060002962

Date of Appeal:  Monday, December 11, 2017

This is a confirmation that your appeal has been submitted. A written decision will be sent via 1st class mail to the address you provided.

Please click on the "Back to Citation" button on the left to confirm your review or hearing was accepted.

Issuing Agency:  Orange

Print your Confirmation

Home  /  Appeal FAQ

# EXHIBIT S

# EXHIBIT S

# EXHIBIT S



# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

C63170516bK

COMMERCIAL
VEHICLE ID NUMBER

| | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|

1GKGR26N1LF508535
BODY TYPE MODEL

1990 GMC
80553M1

VA

| | AX WEIGHT | FUEL | TRANSFER DATE | | FEES PAID | EXPIRATION DATE |
|---|---|---|---|---|---|---|

UNLADEN

2 06260 G   05/16/17   $492   11/30/2017

YR 1ST SOLD   CLASS   YR   MO   EQUIPMT/TRUST NUMBER

ISSUE DATE

1992 AA   2017   YS

05/16/17

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE

ODOMETER READING

12/23/2014

REGISTERED OWNER(S)

LACAMBRA ROBERT NELSON L
GENERAL DELIVERY
DANA POINT CA 92629

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a._____   X _____
DATE                              SIGNATURE OF REGISTERED OWNER

1b._____   X _____
DATE                              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|__|__|__| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

## IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2 **X** _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA173588121

009520

REG. 17.30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

**EXHIBIT T**

**EXHIBIT T**

**EXHIBIT T**



UNITED STATES BANKRUPTCY COURT

Central District of California

**Filing Location**

Enter Zip or City    Go

**Court Locator**

Los Angeles

Riverside

Santa Ana

San Fernando Valley

Northern

Court Locator

Santa Ana

**Hours: M-F 9:00 AM to 4:00 PM excluding Federal Holidays**
**When entering a Courthouse, be prepared to show a valid picture ID and pass through a metal detector.**

Los Angeles     Riverside     Santa Ana     San Fernando Valley     Northern