# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 8:18-cv-00960-RGK-KES                                      Date: June 26, 2018

Title: ROBERT LACAMBRA v. CITY OF ORANGE, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Comply

Plaintiff filed a pro se complaint on June 1, 2018. Plaintiff explained that because he is homeless, he could not provide the Court with a mailing address for notices, but he provided an email address and requested permission to use the Court's electronic filing system.

On June 7, 2018, the Court granted Plaintiff's application to register to use the Court's electronic filing system. (Dkt. 6.) That order was emailed to the email address provided by Plaintiff. That order required Plaintiff to register within five (5) days. As of the date of this order, Plaintiff has not yet registered.

Plaintiff is therefore ordered to show cause **on or before July 9, 2018**, why his lawsuit should not be dismissed for failure to comply with the Court's order to register promptly. Plaintiff may discharge this OSC by registering to use the Court's electronic filing system or by mailing the Court a written explanation excusing his delay.

This order shall be emailed by the clerk to robertsjustice@live.com.