# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LACAMBRA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ORANGE, et al.,<br><br>Defendants. | Case No. 8:18-cv-00960-RGK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that all claims against the City Defendants are dismissed with prejudice and without leave to amend.

DATED: January 20, 2020

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE