JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LACAMBRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ORANGE, et al.,<br><br>　　　　Defendants. | Case No. 8:18-cv-00960-RGK (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Final Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that Plaintiff's claims against Citation Processing Center, the Automobile Club of Southern California, Inc., and the DMV Directors (Director Steven Gordon in his official capacity and former DMV Director Jean Shiomoto in her individual capacity), and the action in its entirety, are dismissed with prejudice.

DATED: April 29, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE